IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELMONT HOLDINGS CORP. et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>) CIVIL ACTION NO.<br>SUNTRUST BANKS, INC. et al., ) 1:09-CV-01185-TWT<br>)<br>)<br>Defendants. )<br>) | |

## ENTRY OF APPEARANCE OF JEFFREY A. DAXE AS COUNSEL FOR DEFENDANT PRICEWATERHOUSECOOPERS LLP

COMES NOW Jeffrey A. Daxe of Moore Ingram Johnson & Steele, LLP, and files this, his Entry of Appearance as Counsel for Defendant PricewaterhouseCoopers LLP for all proceedings arising out of the Complaint filed May 4, 2009, in the United States District Court, Civil Action File No.: 1:09-CV-01185-TWT.

The Clerk will please note the undersigned attorney appearance on the record. Please provide a copy of all notices, correspondence, pleadings, and other matters to the undersigned attorney.

[signature on following page]

This the 28th day of May, 2009.

                                  s/ *Jeffrey A. Daxe*
                                  Jeffrey A. Daxe
                                  Georgia Bar No.: 213701
                                  Attorneys for Defendant
                                  PricewaterhouseCoopers LLP

Moore Ingram Johnson & Steele, LLP
Emerson Overlook
326 Roswell Street
Marietta, GA 30060
(770) 429-1499
(770) 429-8631 fax
jad@mijs.com

## CERTIFICATE OF SERVICE

This hereby certifies that on May 28, 2009, I electronically filed the foregoing ENTRY OF APPEARANCE OF JEFREY A. DAXE AS COUNSEL FOR DEFENDANT PRICEWATERHOUSECOOPERS LLP with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| J. Timothy Mast | John C. Herman |
| Darren J. Robbins | Matthew P. Montgomery |

 

            s/ *Jeffrey A. Daxe*
            Jeffrey A. Daxe
            Georgia Bar No.: 213701
            Attorneys for Defendant
            PricewaterhouseCoopers LLP

Moore Ingram Johnson & Steele, LLP
Emerson Overlook
326 Roswell Street
Marietta, GA 30060
(770) 429-1499
(770) 429-8631 fax
jad@mijs.com