IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELMONT HOLDINGS CORP., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.<br>) 1:09-CV-01185-WSD |
| SUNTRUST BANKS, INC. et al., | ) |
| Defendants. | ) |

## UNDERWRITER DEFENDANTS' MOTION TO DISMISS

Defendants Morgan Stanley & Co. Incorporated, Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, UBS Securities LLC, Banc of America Securities LLC, and SunTrust Robinson Humphrey, Inc. (collectively, the "Underwriter Defendants"), by their undersigned counsel, respectfully submit this motion to dismiss the consolidated amended complaint in this action (Doc. No. 78) (the "Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

In support of this motion, the Underwriter Defendants have filed contemporaneously with this motion a memorandum of law which sets forth those arguments as to why the Complaint should be dismissed in its entirety as to the

Underwriter Defendants for failure to state a claim upon which relief may be granted.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law in Support of the Underwriter Defendants' Motion to Dismiss, the Underwriter Defendants respectfully submit that plaintiff's claims against the Underwriter Defendants should be dismissed in their entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

| | |
|---|---|
| Dated:  Atlanta, Georgia<br>January 29, 2010 | Respectfully Submitted,<br><br>DLA PIPER LLP (US) |
| Of Counsel:<br><br>JOHN J. CLARKE, JR.<br>(Admitted *pro hac vice*)<br>john.clarke@dlapiper.com<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York  10020<br>Tel:  (212) 335-4500<br>Fax:  (212) 335-4501 | By: /s/ Mark E. Grantham<br>MARK E. GRANTHAM<br>Georgia Bar No. 305625<br>mark.grantham@dlapiper.com<br>DAVID A. TERRY<br>Georgia Bar No. 051508<br>david.terry@dlapiper.com<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 2800<br>Atlanta, GA 30309-3450<br>Tel: (404) 736-7800<br>Fax: (404) 682-7800<br><br>*Attorneys for Defendants Morgan Stanley & Co. Incorporated, Citigroup Global Markets Inc., UBS Securities LLC, Banc of America Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated and SunTrust Robinson Humphrey, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELMONT HOLDINGS CORP., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 1:09-CV-01185-WSD |
| SUNTRUST BANKS, INC. et al., | ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **UNDERWRITER DEFENDANTS' MOTION TO DISMISS** was electronically filed with the Clerk of Court using the CM/ECF system, which serves notification of such filing to all CM/ECF participants.

This 29th day of January, 2010.

/s/ Mark E. Grantham
MARK E. GRANTHAM
Georgia Bar No. 305625