## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| BELMONT HOLDINGS CORP., )<br>Individually and on Behalf of All Others )<br>Similarly Situated, )<br>    )<br>    Plaintiff, )<br>v. )<br>    )<br>SUNTRUST BANKS, INC., et al., )<br>    )<br>    Defendants. )<br>_____) | Civil Action No.<br>1:09-cv-01185-WSD<br>(Consolidated) |

### DEFENDANT ERNST & YOUNG LLP'S MOTION TO DISMISS

Defendant Ernst & Young LLP ("E&Y") hereby moves to dismiss the cause of action asserted against it in Count I of the Consolidated Complaint. Pursuant to Rule 12(b)(6) and Rule 8 of the Federal Rules of Civil Procedure, E&Y submits that Count I, which is the only cause of action asserted against E&Y, fails to state a claim upon which relief may be granted. For the reasons set forth in E&Y's Memorandum in Support of the Motion, filed contemporaneously herewith, E&Y respectfully requests that its Motion be granted and that Count I be dismissed with prejudice.

Submitted this 29th day of January, 2010.

        KING & SPALDING LLP

        */s/ John A. Chandler*
        John A. Chandler
        Ga. Bar No. 120600
        Cheri A. Grosvenor
        Ga. Bar No. 314360

        1180 Peachtree Street, N.E.
        Atlanta, GA  30309
        (404) 572-4600
        (404) 572-5140 (fax)

Of Counsel:

William A. Barrett
Assistant General Counsel
Ernst & Young LLP

5 Times Square
New York, NY  10036-6530
(212) 773-9177 (direct dial)
(212) 773-2388 (fax)

        Counsel for Defendant Ernst & Young LLP

## **FONT CERTIFICATION**

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

*/s/ Cheri A. Grosvenor*
Cheri A. Grosvenor
Georgia Bar No. 314360

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which serves notification of such filing to all CM/ECF participants.

This 29th day of January, 2010.

                                             */s/ Cheri A. Grosvenor*
                                             Cheri A. Grosvenor
                                             Georgia Bar No. 314360