IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BELMONT HOLDINGS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 1:09-CV-01185-WSD |
| | ) | |
| SUNTRUST BANKS, INC. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## THE SUNTRUST DEFENDANTS' MOTION TO DISMISS

J. TIMOTHY MAST
Georgia Bar No. 476199
THOMAS B. BOSCH
Georgia Bar No. 068740
TROUTMAN SANDERS LLP
Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3900 (facsimile)

Attorneys for the SunTrust
Defendants

<u>MOTION TO DISMISS</u>

Defendants SunTrust Banks, Inc.; SunTrust Capital IX; James M. Wells, III; William H. Rogers, Jr.; Raymond D. Fortin; L. Phillip Humann; Mark A. Chancy; Thomas E. Panther; Robert M. Beall, II; J. Hyatt Brown; Alston D. Correll; Jefferey C. Crowe; Thomas C. Farnsworth, Jr.; Patricia C. Frist; Blake P. Garrett, Jr.; David H. Hughes; E. Neville Isdell; M. Douglas Ivester; J. Hicks Lanier; G. Gilmer Minor, III; Larry L. Prince; Frank S. Royal; Karen Hastie Williams; and Phail Wynn, Jr., (collectively the "**SunTrust Defendants**") by and through its undersigned counsel, move to dismiss in its entirety Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws, pursuant to Fed. R. Civ. P. 12(b)(6).

For the reasons set forth in the SunTrust Defendant's Memorandum of Law in Support of the Motion, filed contemporaneously herewith, the SunTrust Defendants respectfully request that the Court grant their Motion and dismiss the Complaint with prejudice.

Respectfully submitted, this 29th day of January, 2010.

/s/ Thomas B. Bosch
J. TIMOTHY MAST
Georgia Bar No. 476199
Email: tim.mast@troutmansanders.com
THOMAS B. BOSCH
Georgia Bar No. 068740
Email: tom.bosch@troutmansanders.com

TROUTMAN SANDERS LLP
600 Peachtree Street, Suite 5200
Atlanta, GA 30308
Tel: (404) 885-3591
Facsimile: (404) 962-2727

Attorneys for Defendants
SunTrust Banks, Inc.; SunTrust Capital
IX; James M. Wells, III; William H.
Rogers, Jr.; Raymond D. Fortin; L.
Phillip Humann; Mark A. Chancy;
Thomas E. Panther; Robert M. Beall, II;
J. Hyatt Brown; Alston D. Correll;
Jefferey C. Crowe; Thomas C.
Farnsworth, Jr.; Patricia C. Frist; Blake
P. Garrett, Jr.; David H. Hughes; E.
Neville Isdell; M. Douglas Ivester; J.
Hicks Lanier; G. Gilmer Minor, III;
Larry L. Prince; Frank S. Royal; Karen
Hastie Williams; and Phail Wynn, Jr.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing SUNTRUST

DEFENDANTS' MOTION TO DISMISS was electronically filed with the Clerk

of Court using the CM/ECF system, which serves notification of such filing to all

CM/ECF participants.

This 29th day of January, 2010.

/s/ Thomas B. Bosch
Thomas B. Bosch
Georgia Bar No. 068740