IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELMONT HOLDINGS CORP., ) <br> Individually and on Behalf of All Others ) <br> Similarly Situated, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SUNTRUST BANKS, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. <br> 1:09-cv-01185-WSD <br> (Consolidated) |

**DEFENDANT ERNST & YOUNG LLP'S NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF MOTION TO DISMISS**

John A. Chandler
Ga. Bar No. 120600
Cheri A. Grosvenor
Ga. Bar No. 314360
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 572-4600 (main)
(404) 572-5140 (fax)

Of Counsel:

William A. Barrett
Assistant General Counsel
Ernst & Young LLP
5 Times Square
New York, NY 10036-6530
(212) 773-9177 (direct dial)
(212) 773-2333 (fax)

Defendant Ernst & Young LLP hereby submits the decision by the United States District Court for the Southern District of New York in *Fait v. Regions Financial Corp.*, Civil Action No. 1:09-cv-03161-LAK (May 10, 2010), as supplemental persuasive authority. On page 5 of its "Memorandum in Support of Defendant Ernst & Young LLP's Motion to Dismiss," Ernst & Young cited *Fait* in the following sentence: "The boilerplate nature of the Complaint's allegations becomes obvious when they are compared to the strikingly similar, and in some cases identical, allegations in recent complaints filed by Plaintiff's counsel . . . ." The *Fait* court dismissed the plaintiff's Section 11 complaint and a copy of the opinion is attached hereto as Exhibit 1.

Respectfully submitted this 11th day of May, 2010.

          KING & SPALDING LLP

          */s/ Cheri A. Grosvenor*
          John A. Chandler
          Ga. Bar No. 120600
          Cheri A. Grosvenor
          Ga. Bar No. 314360
          1180 Peachtree Street, N.E.
          Atlanta, GA  30309
          (404) 572-4600
          (404) 572-5140 (fax)

Of Counsel:

William A. Barrett
Assistant General Counsel
Ernst & Young LLP
5 Times Square
New York, NY  10036-6530
(212) 773-9177 (direct dial)
(212) 773-2388 (fax)

                                             Counsel for Defendant Ernst & Young LLP

## **FONT CERTIFICATION**

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

*/s/ Cheri A. Grosvenor*
Cheri A. Grosvenor
Georgia Bar No. 314360

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which serves notification of such filing to all CM/ECF participants.

This 11th day of May, 2010.

*/s/ Cheri A. Grosvenor*
Cheri A. Grosvenor
Georgia Bar No. 314360