IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BELMONT HOLDINGS CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUNTRUST BANKS, INC., et al., )<br>)<br>Defendants. )<br>)<br>) | Civil Action File<br>No. 1:09-CV-01185-WSD |

## ERNST & YOUNG LLP'S MOTION FOR PSLRA AND RULE 11 SANCTIONS AGAINST PLAINTIFF AND PLAINTIFF'S COUNSEL

John A. Chandler
Ga. Bar No. 120600
Cheri A. Grosvenor
Ga. Bar No. 314360
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 572-4600
(404) 572-5140 (fax)

Of Counsel:

William A. Barrett
Associate General Counsel
Ernst & Young LLP
5 Times Square
New York, NY 10036-6530
(212) 773-9177 (direct dial)
(212) 773-2388 (fax)

*Attorneys for Ernst & Young LLP*

In accordance with the Private Securities Litigation Reform Act ("PSLRA") and Rule 11 of the Federal Rules of Civil Procedure, Ernst & Young LLP ("E&Y") moves for sanctions against Plaintiff and Plaintiff's Counsel. As E&Y explains more fully in its accompanying Brief in Support of this Motion, Plaintiff and Plaintiff's counsel filed a First Amended Consolidated Complaint (Dkt. 102) and other pleadings (including a Consolidated Opposition to Defendants' Motions to Dismiss (Dkt. 117)) that violate the PSLRA and Rule 11 because they rely on allegations for which Plaintiff and Plaintiff's counsel knew they lacked a reasonable factual basis. By letter dated October 24, 2011, Plaintiff and Plaintiff's counsel declined to withdraw the First Amended Consolidated Complaint within 21 days after E&Y's counsel served them with a draft of this Motion, the supporting Brief, and a letter asking them to withdraw their offending pleading. Fed. R. Civ. P. 11(c)(2).

In light of this failure, E&Y respectfully requests that this Court grant this Motion and sanction Plaintiff and Plaintiff's counsel for their PSLRA and Rule 11 violations by (1) striking the baseless portions of the First Amended Consolidated Complaint, (2) dismissing that Amended Complaint with prejudice, and (3) ordering Plaintiff and Plaintiff's counsel to pay the legal fees and expenses that

E&Y has incurred since October 8, 2010, the date that Plaintiff filed the Amended Complaint.

Respectfully submitted this 3rd day of November, 2011.

                        KING & SPALDING LLP

                        */s/ John Chandler*
                        John A. Chandler
                        Ga. Bar No. 120600
                        Cheri A. Grosvenor
                        Ga. Bar No. 314360
                        1180 Peachtree Street, N.E.
                        Atlanta, GA 30309-3521
                        (404) 572-4600
                        (404) 572-5140 (fax)
                        jchandler@kslaw.com
                        cgrosvenor@kslaw.com

Of Counsel:

William A. Barrett
Associate General Counsel
Ernst & Young LLP
5 Times Square
New York, NY 10036-6530
(212) 773-9177 (direct dial)
(212) 773-2388 (fax)

        *Counsel for Defendant Ernst & Young LLP*

## FONT CERTIFICATION

I certify that this pleading complies with the format requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

*/s/ John A. Chandler*
John A. Chandler
Georgia Bar No. 120600

## CERTIFICATE OF SERVICE

I certify that this **Motion for PSLRA and Rule 11 Sanctions Against Plaintiff and Plaintiff's Counsel** was electronically filed with the Clerk of Court using the CM/ECF system, which serves notification of such filing to all CM/ECF participants.

This 3rd day of November, 2011.

>*/s/ John A. Chandler*
>John A. Chandler
>Georgia Bar No. 120600