**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BELMONT HOLDINGS CORP., et al., | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO.- 1:09-cv-1185-WSD |
| SUNTRUST BANKS, INC., et al. | |
| Defendant. | |

# J U D G M E N T

This action having come before the court, Honorable William S. Duffey, United States District Judge, for consideration of Suntrust Banks, Inc.'s Motion for Reconsideration, and the court having granted said motion, it is

**Ordered and Adjudged** that the same is **dismissed** as to all defendants.

Dated at Atlanta, Georgia, this 28th day of August, 2012.

JAMES N. HATTEN
CLERK OF COURT

By: *_/s/ K. Thornton_*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 28, 2012
James N. Hatten
Clerk of Court

By: *_/s/ K. Thornton_*
Deputy Clerk